IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                      CASE NO: 4:17-CR-00313-BSM

JIMMIE RAY CANNON                                                DEFENDANT

## ORDER

Jimmie Ray Cannon's motion for compassionate release or sentence reduction [Doc. No. 1240] is denied.

Cannon was sentenced to a term of imprisonment and supervised release. Doc. Nos. 734, 845. When he violated his supervised release, he was sentenced to an additional twenty-four months imprisonment. Doc. Nos. 1144, 1223. Cannon now moves for compassionate release [Doc. No. 1240], claiming that he suffers from numerous medical conditions that substantially impair his and the Bureau of Prisons' ability to care for him. The motion is denied without prejudice because Cannon has failed to exhaust his administrative remedies. *See* U.S. Res. Def.'s Mot. Compassionate Release ¶¶ 2–3, Doc. No. 1242; Def.'s Mot. Compassionate Release ¶¶ 1–2, 10–11; *United States v. Houck*, 2 F.4th 1082, 1084 (8th Cir. 2021) (prisoners must exhaust administrative remedies before filing a motion for compassionate release). The government's argument that Cannon has failed to present "extraordinary and compelling reasons" is well-taken but is not ripe for consideration.

IT IS SO ORDERED on this 27th day of August, 2025.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE